No. 04–5750.  HOWELL v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5753.  COCHRAN v. JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–5755.  COLEMAN v. NASSAU COUNTY, NEW YORK.
App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 04–5756.  DUNCAN v. JONES, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 04–5757.  PEACOCK v. SMITH ET AL.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 04–5758.  BRADLEY v. NEW YORK.  App. Div., Sup. Ct.
N. Y., 1st Jud. Dept.  Certiorari denied.

No. 04–5760.  PREE v. KAPTURE, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 04–5764.  FLEEKS v. POPPELL, WARDEN.  C. A. 10th Cir.
Certiorari denied.

No. 04–5768.  CARPINO v. NOVA CARE PROSTHETICS, INC.,
ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 04–5772.  PHILLIPS v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5774.  COATES v. ELO, WARDEN.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 04–5775.  CHRISTIAN v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 04–5776.  WELCH v. BEAUCLAIR ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 04–5777.  TIMMONS v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.